IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HUGO GONZALES,<br><br>Defendant,<br><br>WELLS FARGO BANK, N.A.,<br><br>Garnishee. | CASE NO. 1:20-MC-00032-BAM<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING ELIZABETH RUBIO'S CLAIM FOR EXEMPTION AND REQUEST FOR HEARING** |

On May 21, 2020, Plaintiff United States of America filed an application for writ of garnishment. (Doc. No. 1.) On June 3, 2020, the Clerk of Court issued a Notice of Instructions to Judgment Debtor Re: Writ of Continuing Garnishment, which included a Claim for Exemption form and a Request for Hearing form. (Doc. No. 6.) The United States served Judgment Debtor Victor Hugo Gonzales and his wife Elizabeth Rubio with copies of the Notice of Instructions to Judgment Debtor Re: Writ of Continuing Garnishment and the accompanying forms by mail on June 3, 2020, and June 8, 2020. (Doc. Nos. 7, 9.) On June 12, 2020, Elizabeth Rubio, appearing *pro se*, filed her Claim for Exemption and Request for Hearing forms. (Doc. No. 11.)

IT IS HEREBY ORDERED that the United States shall file a written response to Ms. Rubio's filings within **fourteen (14) days** of this order. In the event the United States does not oppose Ms. Rubio's filings, a notice of non-opposition shall be filed in compliance with Local Rule 230(c). The

1

United States shall serve its response on Ms. Rubio at her address of record and file proof of service with the Court. Ms. Rubio shall have **twenty-one (21) days** from the date of service of the United States' response to file a reply with the Court.

The Court will set a hearing as necessary by separate order following review of the United States' response and Ms. Rubio's reply.

The Clerk of Court is directed to serve a copy of this order on Elizabeth Rubio at 10614 Stone Haven Dr., Bakersfield, CA 93306.

IT IS SO ORDERED.

Dated:   **June 17, 2020**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2