IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-MC-00032-BAM |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING ON ELIZABETH RUBIO'S CLAIM FOR EXEMPTION** |
| VICTOR HUGO GONZALES, | |
| Defendant, | |
| WELLS FARGO BANK, N.A., | |
| Garnishee. | |

Currently before the Court is Elizabeth Rubio's Claim for Exemption and Request for Hearing filed on June 12, 2020. (Doc. No. 11.) Ms. Rubio, appearing *pro se*, has requested a hearing with the Court because she contends that the property the United States is seeking is subject to an exemption and the United States additionally has not complied with its statutory requirements for the issuance of a post-judgment remedy. (*Id.*) The Court issued an order on June 17, 2020, setting a briefing schedule regarding Ms. Rubio's request. (Doc. No. 14.) The United States filed a written response on June 30, 2020, which was served by mail on Ms. Rubio at her address of record. (Doc. Nos. 15-16.) Ms. Rubio did not file a reply with the Court.

Having considered Ms. Rubio's request and the United States' response, the Court SETS a HEARING for **August 21, 2020, at 9:00 AM in Courtroom 8 (BAM) before the undersigned.** In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the parties shall appear

**remotely via Zoom.** The parties shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information.

The Clerk of Court is directed to serve a copy of this order on Elizabeth Rubio at 10614 Stone Haven Dr., Bakersfield, CA 93306.

IT IS SO ORDERED.

Dated:   __August 3, 2020__                    ____/s/ Barbara A. McAuliffe____
                                                UNITED STATES MAGISTRATE JUDGE