IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>VICTOR HUGO GONZALES,<br><br>        Defendant and Judgment Debtor.<br><br>WELLS FARGO BANK, N.A.,<br>(and its Successors and Assignees)<br><br>        Garnishee. | Case No.:  1:20-MC-00032-AWI-BAM<br><br>[~~PROPOSED~~] **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No.:  1:18-CR-00017-LJO-SKO |

      On May 21, 2020, the United States filed an Application for Writ of Continuing Garnishment (bank, stock, and brokerage accounts) against property and account(s) in the possession, custody, or control of Garnishee, Wells Fargo Bank, N.A. ("Garnishee") in which Defendant and/or his spouse, Elizabeth Rubio, have an interest. *ECF 1*.

      The Clerk of Court issued the writ on May 27, 2020.  *ECF 3*.  The United States subsequently served the Garnishee, Defendant, and Ms. Rubio, with copies of the writ and related documents.  *ECFs 4, 7, and 9*.  The documents advised Defendant and Ms. Rubio, among other things, of their rights to claim exemptions to garnishment and request a hearing on their claims, request a hearing to quash the writ, and/or object to the Garnishee's answer of garnishee (the "Answer") and request a hearing thereon. *ECF 7*.

The Garnishee filed its acknowledgement of service and Answer on June 12, 2020, identifying two accounts for which Defendant and Ms. Rubio are joint owners: 1) Account No. XXXXXX0868 with an approximate value of $62,277.02; and 2) Account No. XXXXXX3364 with an approximate value of $38,736.95. *ECF 10*. The Garnishee served the Answer on Defendant and Ms. Rubio on June 4, 2020. *Id.* On June 12, 2020, Ms. Rubio filed her Claim of Exemption and Request for Hearing form. *ECF 11*. On August 21, 2020, the Court held a hearing on Ms. Rubio's Claim for Exemptions and Request for Hearing. The Court denied Ms. Rubio's objections and claims of exemption, with the exception of $3,900, which were deposits received pursuant to the CARES Act.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on August 24, 2020, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted, with the exception of $3,900 in deposits received pursuant to the CARES Act, and ordered that any objections were due within fourteen (14) days after service. *See ECF 20*. The United States served the findings and recommendations on the Garnishee and the Judgment Debtor on August 26, 2020. *See ECF 21*. The Clerk served the findings and recommendations on Ms. Rubio on August 24, 2020. No party has objected, and the time to do so has passed.

On August 27, 2020, an order was entered in a separate garnishment action, Case No. 1:20-MC-00033, approving the United States' request for a litigation surcharge of $30,769.11, which remains outstanding. *Case No. 1:20-MC-00033-AWI-BAM, ECF 14*.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The United States' Request for Findings and Recommendations for Final Order of Garnishment is GRANTED;

2. Garnishee, Wells Fargo Bank, N.A., is directed to pay the Clerk of the United States District Court all funds presently in all accounts in which the Judgment Debtor or Ms. Rubio hold property, with the exception of $3,900, within fifteen (15) days of the filing of the Final Order;

///

3. Garnishee, Wells Fargo Bank, N.A., shall make payment in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (1:18-CR-00017-LJO-SKO) shall be stated on the payment instrument;

4. Garnishee, Wells Fargo Bank, N.A., is directed to release $3,900 in funds to the Judgment Debtor and/or Ms. Rubio;

5. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

6. This continuing garnishment shall be terminated when: (1) the United States seeks to terminate the writ; or (2) when the judgment and previously approved litigation surcharge are fully satisfied.

IT IS SO ORDERED.

Dated: __September 16, 2020__          _____
                                        SENIOR DISTRICT JUDGE

FINAL ORDER OF GARNISHMENT                             3