McGREGOR W. SCOTT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Robin.Tubesing2@usdoj.gov

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VICTOR HUGO GONZALES,<br><br>　　　　Defendant and Judgment Debtor. | CASE NO.:  1:20-MC-00032-AWI-BAM<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br><br>CRIMINAL CASE NO.:  1:18-CR-00017-LJO-SKO |
| WELLS FARGO BANK, N.A.,<br>(and its Successors and Assignees)<br><br>　　　　Garnishee. | |

　　　　The Court, having reviewed the court files and the United States' Request for an Order Terminating Writ of Continuing Garnishment (the "Request"), and finding good cause therefrom, hereby GRANTS the Request. The Writ of Continuing Garnishment issued under this miscellaneous case number against defendant, Victor Hugo Gonzales, is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(C), and the clerk of court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   January 25, 2021                    _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE